IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEANETTE AUSTIN
ADC #707628                                                                                             PETITIONER

VS.                                    5:05CV00211 SWW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## ORDER

Respondent has filed a Response to Petitioner's § 2254 habeas Petition, wherein he argues that the Petition should be dismissed because: (1) Petitioner's claims are not cognizable in federal habeas proceedings because they involve disciplinary punishments that implicate conditions of confinement, which must be raised in a due process challenge under § 1983; (2) Petitioner has failed to exhaust available state remedies; and (3) Petitioner's claims fail on the merits. (Docket entry #7.) The Court concludes that a Reply from Petitioner would be helpful to the resolution of this case.

IT IS THEREFORE ORDERED THAT Petitioner shall file, **on or before May 26, 2006**, a Reply addressing the arguments raised in the Response (docket entry #7.)

Dated this 28th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE